================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
----------------------------------------------------------------
No. 147  SSM 32
James E. Freligh II,
             Appellant,
        v.
Government Employees Insurance
Company,
             Respondent.




        Submitted by Derek J. Spada, for appellant.
        Submitted by Daisy F. Paglia, for respondent.




*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *


On review of submissions pursuant to section 500.11 of the Rules,
order reversed, with costs, and case remitted to the Appellate
Division, Third Department, for consideration of issues raised
but not determined on the appeal to that court.  Triable issues
of fact exist as to plaintiff's claim for lost wages.  Chief
Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and
Feinman concur.


Decided December 14, 2017